AMELIA LOUISE DORBANDT, as Executrix, etc., Respondent, v. INTER-BOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEO EHRLICH and Others, as Executors, etc., Respondents, v. EDWARD S. WALDRON and Another, Appellants, Impleaded with Others. EDWARD S. WALDRON and Another, Appellants, v. EDWARD S. WALDRON, Individually, and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to appellants to amend pleadings as stated in order on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HERMAN KRAUT, Appellant, v. LOUIS NORDLINGER, Doing Business under the Firm Name of J. D. NORDLINGER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEONTINE LANG, Respondent, v. BELT LINE RAILWAY CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RATHBUN-GRANT PRINTING COMPANY, Respondent, v. JACOB FIRSTEN-BERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HANNAH FREUD and Another, Respondents, v. LONDON FEATHER NOVELTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GRANT TISDALE, Respondent, v. ALONZO B. SEE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALECIA MCCARTHY, Respondent, v. JOHN J. HEALY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Dowling, J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS COHEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.